# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NADIR OMAR ABDULLAH BIN SA'ADOUN ALSA'ARY a/k/a AHMED OMAR (ISN 30), | ) ) ) ) |
| Petitioner, | ) ) ) Civil Action No. 09-745 (RCL) |
| v. | ) ) |
| BARACK H. OBAMA, *et al.,* | ) ) ) |
| Respondents. | ) ) ) |

## ORDER

Before the Court is petitioner's Unopposed Motion for a Stay [1432] and Status Report [1487]. It is hereby

ORDERED that, pursuant to petitioner's February 1, 2011 Status Report [1487], this case is STAYED for a period of 120 days, to begin on the date of this Order; and it is furthermore

ORDERED that at the conclusion of the 120-day period, the parties shall file a joint status report with the Court; and it is furthermore

ORDERED that the Protective Order entered on September 11, 2008 remain in effect during the period of stay; and it is furthermore

ORDERED that the parties may move the Court to life the stay provided that the moving party give the non-moving party written notice ten (10) days prior to the date of filing the motion; and it is furthermore

ORDERED that petitioner's Unopposed Motion for a Stay [1432], which requests an indefinite stay, is DENIED as MOOT.

1

**SO ORDERED** this ____ day of March 2011.


Royce C. Lamberth
ROYCE C. LAMBERTH
Chief Judge
United States District Court